[No. 14743-6-III.    Division Three.    March 18, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v.
CHRISTOPHER CARL ANDERSON, *Appellant*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 94-1-00264-2, Michael E. Cooper, J., entered February 27, 1995. *Affirmed* by unpublished opinion per Schultheis, A.C.J., concurred in by Kurtz, J., and Munson, J. Pro Tem.

[No. 14909-9-III.    Division Three.    March 18, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. WINTO
JEROME EVERETTE, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 95-1-00115-8, Richard J. Schroeder, J., entered May 15, 1995. *Affirmed* by unpublished opinion per Brown, J., concurred in by Sweeney, C.J., and Schultheis, J.

[Nos. 14141-1-III; 14745-2-III.    Division Three.    March 20, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v.
FREDERICK W. BUBECK, *Appellant*.

*In the Matter of the Personal Restraint of* FREDERICK
WILLIAM BUBECK III, *Petitioner*.

Appeal from a judgment of the Superior Court for Columbia County, No. 94-1-00004-2, John M. Lyden, J., entered June 30, 1994, together with a petition for relief from personal restraint. Judgement *affirmed* and petition *denied* by unpublished opinion per Schultheis, A.C.J., concurred in by Thompson, J., and Munson, J. Pro Tem.